# EXHIBIT 15

# Dan Schrock Photography

*MADELINE 8" UNIVERSAL BOY*

Invoice for photography

PO#12158

327 N. Aberdeen
Chicago IL 60607

phone: 312.243.6070
fax: 312.243.6071

To: Mary Ann Borgmann

Date: May 9, 2003

Job Number: #030430

Job Description: Ten shots total for Madeline Posables with Mary Ann Borgmann beginning on April 30, 2003. All shots 4x5 in. color transparency, shot on white for outline. Usage is for two years for product packaging, and year 2004 product catalog with no usage fees.

---

Photo Fee:
(one day @ 1800.00)                                $1,800.00

Assistants:                                        $225.00
(one day @ 225.00 per day)

Film and Processing:                               $500.00
Polaroid:                                          $300.00
Stylist:                                           $600.00
(agency booking fee)                               $120.00
Props:
(Seamless, surfaces, etc.)

Misc. Expenses:
(Messenger, Lunch, etc.)                           $80.00
Usage:

---

Total: $3,625.00

LC-001220

Please make checks payable to Dan Schrock Photography
Tax ID number is 351.54.1703
5% finance charge on unpaid balance after 30 days

*ok MB*